1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RICKY MERVIN DIXON,              )     No. CV 12-7980-CW
                                    )
12              Plaintiff,          )     JUDGMENT
                                    )
13         v.                       )
                                    )
14 CAROLYN W. COLVIN, Acting        )
   Commissioner, Social Security    )
15 Adminstration,                   )
                                    )
16              Defendant.          )
   _____)

17

18     **IT IS ADJUDGED** that this action is remanded to defendant for

19 further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20 and consistent with the accompanying Decision and Order.

21

22 DATED: July 24, 2013

23

24                                   _____

25                                       CARLA M. WOEHRLE
                                     United States Magistrate Judge

26

27

28